CINCINNATI INSURANCE COMPANY ET AL., APPELLEES, *v.*
HERITAGE BUFFING AND POLISHING, INC., APPELLANT.

[Cite as *Cincinnati Ins. Co. v. Heritage Buffing
& Polishing, Inc.* (1993), 67 Ohio St.3d 1202.]

(No. 92–1032—Submitted June 3, 1993—Decided July 28, 1993.)

---

*Lane, Alton & Horst* and *Mary McWilliams Dengler,* for appellees.
*R.C. Stoughton, Sr. Co., L.P.A.,* and *R.C. Stoughton, Sr.,* for appellant.

---

This cause is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT and RESNICK, JJ., concur.

F.E. SWEENEY and PFEIFER, JJ., dissent and would reverse.